IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TYLER FERRIS, | ) | |
| on behalf of Plaintiff and the class | ) | |
| members described herein, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:23-cv-02017-SEB-MJD |
| | ) | |
| v. | ) | Judge Sarah Evans Barker |
| | ) | Magistrate Judge Mark J. Dinsmore |
| BIBOON, LLC doing business as | ) | |
| Bridge Lending Solutions; | ) | |
| LDF HOLDINGS, LLC; | ) | |
| BRITTANY ALLEN; | ) | |
| DANIEL KOETTING; | ) | |
| ROCKHILL CONSULTING | ) | |
| GROUP, LLC; | ) | |
| and JOHN DOES 1-20, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Plaintiff Tyler Ferris ("Plaintiff") by and through his respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Plaintiff's individual claims against Defendants Biboon, LLC doing business as Bridge Lending Solutions; LDF Holdings, LLC; Brittany Allen; Daniel Koetting; Rockhill Consulting Group, LLC (collectively, "Defendants") with prejudice and without costs. Plaintiff's class claims are dismissed without prejudice and without costs. Plaintiff's claims against Defendants John Does 1-20 are dismissed without prejudice and without costs.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus

1

EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL  60603
(312) 739-4200

## **CERTIFICATE OF SERVICE**

I, Heather Kolbus, certify that on April 30, 2024, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF online system, and sent by email to:

Patrick McAndrews - pmcandrews@spencerfane.com

Robert Tilley - rtilley@hudco.com

Mark Rooney - mrooney@hudco.com

                                                  s/ Heather Kolbus
                                                  Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
       & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL  60603
(312) 739-4200