> Acknowledged.
>
> This action is hereby dismissed.
>
> Date: 5/10/2024
>
> *Sarah Evans Barker*
> SARAH EVANS BARKER, JUDGE
> United States District Court
> Southern District of Indiana

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| TYLER FERRIS, ) <br> on behalf of Plaintiff and the class ) <br> members described herein, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BIBOON, LLC doing business as ) <br> Bridge Lending Solutions; ) <br> LDF HOLDINGS, LLC; ) <br> BRITTANY ALLEN; ) <br> DANIEL KOETTING; ) <br> ROCKHILL CONSULTING ) <br> GROUP, LLC; ) <br> and JOHN DOES 1-20, ) <br> ) <br> Defendants. ) | Case No.: 1:23-cv-02017-SEB-MJD <br><br> Judge Sarah Evans Barker <br> Magistrate Judge Mark J. Dinsmore |

## NOTICE OF DISMISSAL

Plaintiff Tyler Ferris ("Plaintiff") by and through his respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Plaintiff's individual claims against Defendants Biboon, LLC doing business as Bridge Lending Solutions; LDF Holdings, LLC; Brittany Allen; Daniel Koetting; Rockhill Consulting Group, LLC (collectively, "Defendants") with prejudice and without costs.  Plaintiff's class claims are dismissed without prejudice and without costs.  Plaintiff's claims against Defendants John Does 1-20 are dismissed without prejudice and without costs.

                                       Respectfully submitted,

                                       s/ Heather Kolbus
                                       Heather Kolbus

Daniel A. Edelman
Heather Kolbus